United States District Court
Southern District of Texas
**ENTERED**
August 05, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ADRIANNE BROWN, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:19-CV-00104 |
| § | |
| WAL-MART STORES TEXAS, LLC, § | |
| § | |
| Defendant. § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the parties' request as stated in the stipulation of dismissal with prejudice pursuant to FED. R. CIV. P. 41(A)(1)(ii), the Court hereby DISMISSES this case with prejudice with costs taxed against the party incurring same.

It is so ORDERED.

SIGNED on this 5th day of August, 2019.

_____
Kenneth M. Hoyt
United States District Judge